IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02327-RBJ-KLM

NORMAN WILLIAMS,

    Plaintiff,

v.

TAKHAR COLLECTION SERVICES, LTD., and
DOE 1-5,

    Defendants.

_____

### ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to File Second Amended Complaint and Vacate Order to File Default Judgment** [Docket No. 14; Filed December 3, 2012] (the "Motion").  Defendant has not appeared in this action.  On October 1, 2012, the Clerk of Court entered default against Defendant.  [#12].  Consequently, Plaintiff represents that the instant Motion is unopposed.

    The Court has discretion to grant a party leave to amend its pleadings.  *Foman v. Davis*, 371 U.S. 178, 182 (1962); *see* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave when justice so requires.").  "In the absence of any apparent or declared reason – such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc. – the leave sought should, as the rules require, be 'freely given.'"  *Id.* (quoting Fed. R. Civ. P. 15(a)(2)).

Potential prejudice to a defendant is the most important factor in considering whether a plaintiff should be permitted to amend its complaint. *Minter v. Prime Equip. Co.*, 451 F.3d 1196, 1207 (10th Cir. 2006). "Courts typically find prejudice only when the [proposed] amendment unfairly affects the defendants in terms of preparing their defense to [claims asserted in the] amendment." *Id.* (quotation omitted).

The Court has reviewed the operative First Amended Complaint [#6] and the proposed Second Amended Complaint [#14-1]. The proposed Second Amended Complaint does not contain any new causes of action or parties. It merely corrects a deficiency by alleging that the referenced phone calls were made in an attempt to collect a consumer debt. *Compare* [#6] at 2 *with* [14-1] at 2. Given that Defendant has not appeared in this action, the Court finds that Defendant will not be prejudiced by the filing of the Second Amended Complaint. Additionally, the Court finds that Plaintiff has demonstrated good cause for the amendment. For these reasons, and considering that leave to amend should be freely given,

IT IS HEREBY **ORDERED** that the Motion [#14] is **GRANTED**. The Clerk of the Court shall accept Plaintiff's Second Amended Complaint [#14-1] for filing as of the date of this order.

IT IS FURTHER **ORDERED** that the Court's Minute Order [#13] requiring Plaintiff to file a Motion for Default Judgment no later than December 3, 2012 is **VACATED**. Plaintiff intends to serve Defendant with the Second Amended Complaint pursuant to Fed. R. Civ. P. 4.

DATED: December 5, 2012

BY THE COURT:

*[signature]*

Kristen L. Mix
United States Magistrate Judge