IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-02327-RBJ

DAVID WILLIAMS,

    Plaintiff,

v.

TAKHAR COLLECTION SERVICES, LTD.; and
DOES 1-5,

    Defendants.

---

### ORDER GRANTING PLAINTIFF'S MOTION FOR WRIT FOR EXECUTION

---

The matter before the Court is Plaintiff Norman William's Motion for Writ of Execution to enforce the judgment against Takhar Collection Services, LTD ("Defendant") pursuant to Federal Rules of Civil Procedure 69(a)(1).

**PROCEDURAL BACKGROUND**

On August 30, 2012, Plaintiff filed suit against Defendant alleging violations of the Fair Debt Collection Practices Act (15 U.S.C. 1692 et seq.). Defendant was served with the lawsuit on September 4, 2012. Defendant failed to file a responsive pleading or otherwise appear in any manner. Defendant did not contact Plaintiff. On September 28, 2012, Plaintiff filed a Request for Entry of Default, which the Court entered on October 1, 2012. Defendant did not move to set aside the Entry of Default or otherwise appear. Due to a deficiency, Plaintiff filed a Second Amended Complaint on December 5, 2012. Defendant was served with a second summons on December 12, 2011. On January 7, 2013, a second Clerk's Entry of Default was entered against

Defendant. Defendant did not move to set aside the second Entry of Default or otherwise appear. On March 12, 2013, an Amended Order Granting Plaintiff's Motion for Default Judgment and Attorney's Fees (D.E. 29) was entered in this case, Civil Action No. 1:12-cv-02327 RBJ. In said order, the Court ordered that the Plaintiff Norman Williams recover from the Defendant the amount of $3,710.90, plus post-judgment interest. To date, Defendant has not satisfied the Court's Judgment against it, and the entire sum of the Judgment remains unpaid.

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Writ of Execution is GRANTED.

IT IS FURTHER ORDERED that a Writ of Execution to the Marshall of the District of Colorado is issued to levy upon the property, goods, chattels, lands and tenements of the Defendant, TAKHAR COLLECTION SERVICES, LTD., to enforce the payment of the judgment obtained against said Defendant TAKHAR COLLECTION SERVICES, LTD., and in favor of the Plaintiff NORMAN WILLIAMS, in the principal sum of $3,710.90 (three thousand seven hundred ten dollars and ninety cents) of said judgment on March 12, 2013. The return date of said Writ is to be 30 (thirty) days from service of said Writ.

DATED this 24th day of May, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge