IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-02327-RBJ

NORMAN WILLIAMS,

     Plaintiff,

v.

TAKHAR COLLECTION SERVICES, LTD.; and
DOES 1-5,

     Defendants.

---

## ORDER GRANTING PLAINTIFF'S MOTION FOR AMENDED WRIT FOR EXECUTION

---

The matter before the Court is Plaintiff Norman William's Motion for Amended Writ of

Execution to enforce the judgment against Takhar Collection Services, LTD ("Defendant")

pursuant to Federal Rules of Civil Procedure 69(a)(1).

### PROCEDURAL BACKGROUND

On August 30, 2012, Plaintiff filed suit against Defendant alleging violations of the Fair

Debt Collection Practices Act (15 U.S.C. 1692 et seq.). On March 12, 2013, an Amended Order

Granting Plaintiff's Motion for Default Judgment and Attorney's Fees (D.E. 29) was entered in

this case, Civil Action No. 1:12-cv-02327 RBJ. In said order, the Court ordered that the Plaintiff

Norman Williams recover from the Defendant the amount of $3,710.90, plus post-judgment

interest. To date, Defendant has not satisfied the Court's Judgment against it, and the entire sum

of the Judgment remains unpaid. A Writ of Execution for this judgment was issued by this Court

on 05/24/13, [D.E. 34] to satisfy the unpaid judgment of $3710.90 against Defendant Takhar

Collection Services, LTD.

Due to an unintentional omission, Plaintiff's first Writ of Execution [D.E. 34] did not name the Garnishee. The Plaintiff's Amended Writ of Execution naming Bank of America as the Garnishee is to be served.

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Amended Writ of Execution is GRANTED.

IT IS FURTHER ORDERED that an Amended Writ of Execution to the Marshall of the District of Colorado is issued to levy upon the property the Defendant, TAKHAR COLLECTION SERVICES, LTD., to enforce the payment of the judgment obtained against said Defendant, and in favor of the Plaintiff NORMAN WILLIAMS, in the principal sum of $3,710.90 (three thousand seven hundred ten dollars and ninety cents) of said judgment entered on March 12, 2013. The return date of said Writ is to be 30 (thirty) days from service of said Writ.

DATED this 12th day of June, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

2