# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

**Civil Action No. 12-cv-02327 RBJ**

**NORMAN WILLIAMS,**
Plaintiff,

vs.

**TAKHAR COLLECTION SERVICES, LTD.; and**
**DOES 1-5,**
Defendants

**And**

**BANK OF AMERICA,**

>  Serve: CT CORP
>  1675 Broadway Suite #1200
>  Denver, CO 80202

**Garnishee.**

_____

### ORDER GRANTING PLAINTIFF'S MOTION FOR RELEASE OF FUNDS
_____

The matter before the Court is Plaintiff Norman William's Motion for Release of Funds

requesting an order notifying the garnishee, Bank of America, to release funds held by it to satisfy

the judgment against Takhar Collection Services, LTD ("Defendant") and notifying the Clerk of

Courts to disperse funds to the Plaintiff/Judgment Creditor.

### ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Release of Funds is GRANTED.

IT IS FURTHER ORDERED that the garnishee, Bank of America, release all funds held to satisfy the payment of the judgment obtained against defendant Takhar Collection Services, LTD, and in favor of the Plaintiff NORMAN WILLIAMS, in the principal sum of $3,710.90 (three thousand seven hundred ten dollars and ninety cents) of said judgment entered on March 12, 2013. Funds are to be released to the Clerk of the Court, payable to "Clerk of the United States District Court," whose address is 901 19th Street, Room A-10, Denver Colorado 80294-3589 within 30 days along with a copy of this order.

IT IS FURTHER ORDERED that, upon receipt of the above referenced funds from the garnishee, Bank of America, the Clerk of the Court disperse $3710.90 (three thousand seven hundred ten dollars and ninety cents) to the Plaintiff/Judgment Creditor, payable to "Norman Williams c/o Robert Amador, Esq.," whose address is Centennial Law Offices, 9452 Telephone Rd. 156, Ventura, CA 93004.

IT IS SO ORDERED on this 26th day of September, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge